

# Law Offices of
## BARRY R. FEERST & ASSOCIATES

| | |
|---|---|
| Barry R. Feerst, Esq. | 194 South 8th Street |
| Marc Illish, Esq. | Brooklyn, NY 11211 |
| Yitzchok Kotkes, Esq. | (t) 718-384-9111 |
| Alham Usman, Esq. | (f) 718-384-5999 |

VIA ECF                                                                                             October 14, 2016
The Honorable Ann M. Donnelly
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Chicago Title Insurance Company v. Harold Tischler,*
      Docket No. 16-CV-04113(AMD)

Dear Judge Donnelly:

      This firm represents Appellant Harold Tischler in the action referenced above. It is requested that the Appeal be withdrawn.

                                                       Very truly yours,

                                                       Yitzchok Kotkes

cc: Brian S. Tretter, Esq. (Via ECF)